IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN BRANDON                                        PLAINTIFF

v.                              No. 3:20-cv-169-DPM

ROBERT MEYER, Individually, and in his
Official Capacity as an Arkansas State
Game and Fish Officer                               DEFENDANT

## ORDER

Motion to dismiss, *Doc. 6*, partly granted as modified and partly denied.  The amended complaint adds claims for injunctive relief.  But it repeats federal and state claims for damages against Meyer in his official capacity.  All these damages claims are barred and therefore dismissed without prejudice.  *Smith v. Arkansas Highway Police*, No. 4:13-cv-301-JLH, *Doc. 20*, at 6–7 & 22 (E.D. Ark. 7 October 2013); *Hart v. United States*, 630 F.3d 1085, 1091 (8th Cir. 2011).  In addition, Brandon's state claims for injunctive relief against Meyer in his official capacity are also dismissed without prejudice as barred.  *Pennhurst State School & Hospital v. Halderman*, 465 U.S. 89, 106 (1984).  But, Brandon's federal and state claims for a declaratory judgment, and his federal claims for injunctive relief, may proceed.  *American Re-Insurance Co. v. Janklow*, 676 F.2d 1177, 1183 (8th Cir. 1982).

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 August 2020