IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN BRANDON                                                      PLAINTIFF

v.                        No. 3:20-cv-169-DPM

ROBERT MEYER, Individually, and in his
Official Capacity as an Arkansas State
Game and Fish Officer                                             DEFENDANT

## JUDGMENT

Brandon's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 September 2021